UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMAL GULSTON
                                                    PRISONER
      v.                                      CIVIL 3:03cv406 (RNC)

DEPARTMENT OF CORRECTION
```

J U D G M E N T

This cause came on for consideration of the pro se amended complaint before the Honorable Robert N. Chatigny, United States District Judge.

The Court has considered the amended complaint and all the papers submitted in connection with the amended complaint. On November 26, 2003, the Court filed its Ruling and Order dismissing the amended complaint without prejudice for failure to exhaust administrative remedies.

It is therefore **ORDERED** and **ADJUDGED** that the amended complaint be dismissed without prejudice and the matter closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 9th of December, 2003.

KEVIN F. ROWE, Clerk

By /s/ Cynthia Earle
    Cynthia Earle
    Deputy Clerk

Entry on Docket _____